UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BARBARA ANN ROBERTS,<br>　　PLAINTIFF, | )<br>)<br>)<br>) |  |
| 　　　　　　v. | )<br>)<br>) | Case 1:08-cv-00773 (RJL) |
| MICHAEL B. MUKASEY<br>UNITED STATES ATTORNEY GENERAL,<br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>) |  |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant in the above-captioned action.

Dated: July 14, 2008              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/      Robin M. Meriweather
　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar. # 490114
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　Phone: (202) 514-7198
　　　　　　　　　　　　　　　　　Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2008, I caused the foregoing Notice of Appearance to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

F. Douglas Hartnett
Ellitok & Hartnett at Law LLC
2428 Wisconsin Ave NW
Washington, DC 20007

       /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114