UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ANN ROBERTS, )<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>MICHAEL B. MUKASEY )<br>UNITED STATES ATTORNEY GENERAL, )<br>U.S. DEPARTMENT OF JUSTICE, et al. )<br>)<br>DEFENDANTS. )<br>) | Case 1:08-cv-00773 (RJL) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants Michael B. Mukasey et al., through undersigned counsel, hereby request a 10-day enlargement of time in which to file an answer or otherwise respond to Plaintiff's complaint. The answer currently is due July 21, 2008. Defendants request that the deadline be extended to July 31, 2008. In accordance with Local Civil Rule 7(m), counsel for Defendants contacted counsel for Plaintiff to request Plaintiff's position on this motion; however Plaintiff had not yet responded as of the time this motion was filed, and Defendants therefore do not know Plaintiff's position on this motion.

There is good cause to grant this motion. Counsel for Defendants will be in South Carolina for trial advocacy training the afternoon of July 14, 2008, through July 25, 2008. During that training, the undersigned will not be able to prepare or file Defendants' responsive pleading. Accordingly, Defendants cannot meet the answer current deadline of July 21, 2008. Enlarging the deadline to July 31, 2008 will allow counsel for Defendants to continue her review of the relevant factual and legal materials, and prepare the responsive pleading, upon her return from training.

Defendant has not sought any prior enlargements of time.  Granting this enlargement should cause no prejudice, and will not affect any pending hearings or other deadlines.  A proposed order is submitted herewith.

Dated: July 14, 2008                              Respectfully submitted,


       /s/      Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

Case 1:08-cv-00773-RJL     Document 4     Filed 07/14/2008     Page 2 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2008, I caused the foregoing Motion to be filed and served via the Court's Electronic Case Filing system.

          /s/ *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ANN ROBERTS,        ) | |
|     PLAINTIFF,        ) | |
| )     | |
|        v.        ) | Case 1:08-cv-00773 (RJL) |
| )     | |
| MICHAEL B. MUKASEY        ) | |
| UNITED STATES ATTORNEY GENERAL,   ) | |
| U.S. DEPARTMENT OF JUSTICE, et al.   ) | |
| )     | |
|     DEFENDANTS.        ) | |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time to File Answer, it is this _____ day of _____

ORDERED that Defendants' Motion be and hereby is GRANTED;

it is further ORDERED that Defendants shall file an answer or otherwise respond to the complaint on or before July 31, 2008.

SO ORDERED.

_____
United States District Judge