UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA ANN ROBERTS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Case No. 08-cv-773 (RJL) |
| **MICHAEL MUKASEY,** *et al.* | ) |
| **Defendants.** | ) |

**ORDER**
(September **4**, 2008)

Upon consideration of defendants' Motion to Dismiss or Transfer For Improper Venue, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that this action is **TRANSFERRED** to the Eastern District of Virginia pursuant to 28 U.S.C. § 1406(a) and 42 U.S.C. § 2000e-5(f)(3).

**SO ORDERED.**

RICHARD J. LEON
United States District Judge